**Kyle MORRIS, Sharing World Entertainment, LLC, and Readspeak, Inc., Plaintiffs–Appellants,**

v.

**Don MOODY, Gary Friedman, Ira Sockowitz, The Learning Box, LLC, John Lee, Jacqueline Moody, Ready to Learn Partnership, LLC, Word World, LLC, Peter Schneider, Window to the World Communications, Inc., The Public Broadcasting System, Inc., Noah Shube, and Law Offices of Friedman & Shube, Defendants–Appellees,**

and

**John Does 1–10, ABC Corporation, and XYZ Corporation, Defendants.**

Nos. 2010–1329, 2010–1363.

United States Court of Appeals, Federal Circuit.

Nov. 1, 2010.

## ON MOTION

### ORDER

Don Moody, et al. submit a motion for sanctions.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for sanctions is deferred for consideration by the merits panel assigned to hear the case.

(2) A copy of this order, the motion, and any response or reply shall be transmitted to the merits panel.